IN THE UNITED STATES DISTRICT COURT



UNITED STATES OF AMERICA,
    Plantiff,

vs.                                    Case No. 3:14-CR-00406-D (1)

DEFENDANT.

Miguel Melchor

To the clerk of set court:

Respectfully I am now seeking additional judicial redress in regards to the above mentioned case; therefore I am in need of obtaining the Court Docket Sheet concerning the above specified cause of action.

I've been advised that there may very well be some manner of finacial fees mandated in for me to obtain said "Docket Sheet" from you. If, indeed, such is the case, please, if you would be so kind, forward to me the precise amount required, whereby I might then send it to the Court, thus obtaining a copy of the " Docket Sheet".

If the court is gracious, and does not mandate a "fee" in obtaining said documents...please kindly forward to me (as soon as possible) the requested court "Docket Sheet".

Thank you greatly.

Respectfully Submitted:

_____ January 2015
Reg. No. 48639-177



SHREVEPORT LA 710

14 JUL 2015 PM 2 L

Michael Welchen # 49634-177
Federal Correctional Institution
P.O. Box 5050
Pollock, Louisiana 71467

Office of the Clerk
Northern District of Texas
1100 Commerce Street Room 1452
Dallas Texas 75242

RECEIVED-2
JUL 17 2015
MAILROOM

# United States District Court
## Northern District of Texas

*Dallas Division*

July 17, 2015

Miguel Angel Melchor
Reg. No. 48639-177
FCI Pollock
P.O. Box 4050
Pollock, LA 71467

Re: Your correspondence received in the U.S. District Clerk's Office on July 17, 2015.
Case No./Style: USA v. Melachor et al; 3:14-cr-406-D (1)

Mr. Melchor,

Our office is in receipt of your letter requesting a docket sheet for case number 3:14-cr-406-D (1). Please find enclosed a courtesy copy of the docket sheet for the above referenced case number. However, in the future, please direct all inquiries to your court appointed attorney.

Sincerely,

Deputy Clerk - JRR